# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                 No. 04-10071-T

BILLY GAIL BIRMINGHAM,

    Defendant.

### ORDER CONTINUING TRIAL AND REPORT DATE AND EXCLUDING DELAY

Upon motion of counsel for defendant Billy Gail Birmingham, without objection from the government and for good cause shown, the report date which is scheduled for June 10, 2005, and the trial date which is currently scheduled for June 15, 2005, are hereby continued. Defendant contends that additional time is needed for preparation for the trial.

The court finds that the defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. <u>Accordingly, the trial is continued from June 15, 2005, to July 13, 2005, at 9:30 A.M.</u> The resulting period of delay, from June 15, 2005, to July 13, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

The report/motion date has been reset for July 6, 2005, at 8:30 a.m.

IT IS SO ORDERED.

                                                                    JAMES D. TODD
                                                                    UNITED STATES DISTRICT JUDGE

                                                                    DATE: 9 June 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6/10/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:04-CR-10071 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

Joe H. Byrd
BYRD DONAHOE & BYRD
P.O. Box 2764
Jackson, TN 38301--276

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT