

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                                            CR NO. 1:04-10071-01-T

BILLY GAIL BIRMINGHAM

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on July 6, 2005,  Assistant U. S. Attorney, Jerry Kitchen, appearing for the government, and the defendant appeared in person and with counsel, Joe H. Byrd, who was retained.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Count 1 of the Indictment.

This case has been set for sentencing on **Tuesday , October 4, 2005, at 8:45 A.M.**

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 7 July 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  7/8/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 1:04-CR-10071 was distributed by fax, mail, or direct printing on July 8, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Joe H. Byrd
BYRD DONAHOE & BYRD
P.O. Box 2764
Jackson, TN 38301--276

Honorable James Todd
US DISTRICT COURT