IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.  Case No. 1:04-10071- 01-T

BILLY BIRMINGHAM

### ORDER TO SURRENDER

Defendant, Billy Birmingham, #19979-076, having been sentenced in the above styled matter to the custody of the Bureau of Prisons, and having been granted leave by the Court report to the designated institution at his own expense, is hereby ordered to surrender himself to the Bureau of Prisons by reporting to: Forrest City FCI SCP, P. O. Box 7000, Forrest City, AR 72335; no later than 12:00 Noon on Tuesday, January 3, 2006.

It is further ordered that upon receipt of a copy of this order, the defendant shall sign and return the copy, to acknowledge receipt of said order and that he will report as directed to the above named institution.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 5 December 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12/6/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 1:04-CR-10071 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Joe H. Byrd
BYRD & BYRD
P.O. Box 2764
Jackson, TN 38302--276

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT